**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     TMRJ Holdings, Inc. v. Inhance Technologies, LLC

Appellate case number:   01-16-00849-CV

Trial court case number:  2015-41670

Trial court:             269th District Court of Harris County

     Appellee, Inhance Technologies, LLC, has filed an unopposed motion to file briefs under seal. The motion is granted. To the extent that briefs contain sensitive information protected by the trial court's protective order, the parties are authorized to file redacted briefs for inclusion in the public record. Unredacted versions of the briefs shall be filed with this Court under seal.

     It is so ORDERED.

Judge's signature: /s/ Jane Bland
                Acting individually

Date:  July 20, 2017